UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARTIE TOLBERT and ANNIE TOLBERT,
                Plaintiffs,

vs.

WABASH NATIONAL CORPORATION,
AMERICOLD LOGISTICS, LLC, THE
OVERHEAD DOOR CORPORATION, d/b/a
TODCO, and ONRAMP TRAILER SERVICES,
LLC, d/b/a WABASH OF UTAH,
                Defendants.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

Case No.: 12-cv-01221
(DNH/TWD)

---

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all of the named parties, that the above entitled action be, and the same hereby is discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: September 6, 2013

OWENS, MILLSAPS LAW FIRM

By: _____
Rebecca A. Young, Esq.
*Attorneys for Plaintiffs*
2606 8th Street
Tuscaloosa, AL 35401

GIRVIN, FERLAZZO LAW FIRM

By: _____
Salvatore D. Ferlazzo, Esq.
*Attorneys for Plaintiffs*
20 Corporate Woods Boulevard
2nd Floor
Albany, NY 12211-2350

SMITH, SOVIK LAW FIRM

By: _____
Kevin E. Hulslander, Esq.
*Attorneys for Overhead Door
Corporation*
250 South Clinton Street, Suite 600
Syracuse, NY 13202-1252

WARD GREENBERG HELLER & REIDY LLP

By: _____
Scott R. Jennette, Esq.
*Attorneys for Wabash National Corporation*
300 State Street
Rochester, NY 14614

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARTIE TOLBERT and ANNIE TOLBERT,
    Plaintiffs,
vs.

WABASH NATIONAL CORPORATION,
AMERICOLD LOGISTICS, LLC, THE
OVERHEAD DOOR CORPORATION, d/b/a
TODCO, and ONRAMP TRAILER SERVICES,
LLC, d/b/a WABASH OF UTAH,
    Defendants.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

Case No.: 12-cv-01221
(DNH/TWD)

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all of the named parties, that the above entitled action be, and the same hereby is discontinued in its entirety, with prejudice. pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: September 6, 2013

OWENS, MILLSAPS LAW FIRM

By: _____
  Rebecca A. Young, Esq.
  *Attorneys for Plaintiffs*
  2606 8th Street
  Tuscaloosa, AL 35401

GIRVIN, FERLAZZO LAW FIRM

By: _____
  Salvatore D. Ferlazzo, Esq.
  *Attorneys for Plaintiffs*
  20 Corporate Woods Boulevard
  2nd Floor
  Albany, NY 12211-2350

SMITH, SOVIK LAW FIRM

By: _____
  Kevin E. Hulslander, Esq.
  *Attorneys for Overhead Door
  Corporation*
  250 South Clinton Street, Suite 600
  Syracuse, NY 13202-1252

WARD GREENBERG HELLER & REIDY LLP

By: _____
  Scott R. Jennette, Esq.
  *Attorneys for Wabash National Corporation*
  300 State Street
  Rochester, NY 14614

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARTIE TOLBERT and ANNIE TOLBERT,
                          Plaintiffs,

vs.

WABASH NATIONAL CORPORATION,
AMERICOLD LOGISTICS, LLC, THE
OVERHEAD DOOR CORPORATION, d/b/a
TODCO, and ONRAMP TRAILER SERVICES,
LLC, d/b/a WABASH OF UTAH,
                          Defendants.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

Case No.: 12-cv-01221
(DNH/TWD)

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all of the named parties, that the above entitled action be, and the same hereby is discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: September 6, 2013

OWENS, MILLSAPS LAW FIRM

By: _____
Rebecca A. Young, Esq.
*Attorneys for Plaintiffs*
2606 8th Street
Tuscaloosa, AL 35401

GIRVIN, FERLAZZO LAW FIRM

By: _____
Salvatore D. Ferlazzo, Esq.
*Attorneys for Plaintiffs*
20 Corporate Woods Boulevard
2nd Floor
Albany, NY 12211-2350

SMITH SOVIK LAW FIRM

By: _____
Kevin E. Hulslander, Esq.
*Attorneys for Overhead Door Corporation*
250 South Clinton Street, Suite 600
Syracuse, NY 13202-1252

WARD GREENBERG HELLER & REIDY LLP

By: _____
Scott R. Jennette, Esq.
*Attorneys for Wabash National Corporation*
300 State Street
Rochester, NY 14614

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARTIE TOLBERT and ANNIE TOLBERT,
                Plaintiffs,

vs.

WABASH NATIONAL CORPORATION,
AMERICOLD LOGISTICS, LLC, THE
OVERHEAD DOOR CORPORATION, d/b/a
TODCO, and ONRAMP TRAILER SERVICES,
LLC, d/b/a WABASH OF UTAH,
                Defendants.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

Case No.: 12-cv-01221
(DNH/TWD)

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all of the named parties, that the above entitled action be, and the same hereby is discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: September 6, 2013

OWENS, MILLSAPS LAW FIRM

By: _____
    Rebecca A. Young, Esq.
    *Attorneys for Plaintiffs*
    2606 8th Street
    Tuscaloosa, AL 35401

GIRVIN, FERLAZZO LAW FIRM

By: _____
    Salvatore D. Ferlazzo, Esq.
    *Attorneys for Plaintiffs*
    20 Corporate Woods Boulevard
    2nd Floor
    Albany, NY 12211-2350

SMITH, SOVIK LAW FIRM

By: _____
    Kevin E. Hulslander, Esq.
    *Attorneys for Overhead Door*
    *Corporation*
    250 South Clinton Street, Suite 600
    Syracuse, NY 13202-1252

WARD GREENBERG HELLER & REIDY LLP

By: /s/ _____
    Scott R. Jennette, Esq.
    *Attorneys for Wabash National Corporation*
    300 State Street
    Rochester, NY 14614

HARRIS BEACH LAW FIRM

By: /s/ David M. Capriotti
David M. Capriotti, Esq.
*Attorneys for Americold Logistics, LLC*
333 West Washington Street, Suite 200
Syracuse, NY 13202

GOLDBERG SEGALLA, LLP

By: _____
Latha Raghavan, Esq.
*Attorneys for Onramp Trailers and Services, LLC*
8 Southwoods Blvd, Suite 300
Albany, NY 12211

*SO ORDERED:*

Dated: September __, 2013

_____
David N. Hurd
United States District Judge

| HARRIS BEACH LAW FIRM | GOLDBERG SEGALLA, LLP |
|---|---|
| By:_____ | By: /s/ Latha Raghavan |
| David M. Capriotti, Esq. | Latha Raghavan, Esq. |
| *Attorneys for Americold Logistics, LLC* | *Attorneys for Onramp Trailers and Services, LLC* |
| 333 West Washington Street, Suite 200 | 8 Southwoods Blvd, Suite 300 |
| Syracuse, NY 13202 | Albany, NY 12211 |

*SO ORDERED:*
Dated: ~~September~~ October 9, 2013

_____
David N. Hurd
United States District Judge